IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-1481-JLK

JODY BRAMMER-HOELTER, LAURA KILDUFF, MELISSA PERRY, AMY SULZBACH, SHELLEY CREWS, AND BONNIE GOULD,

Plaintiffs,

v.

TWIN PEAKS CHARTER ACADEMY, ST. VRAIN VALLEY SCHOOL DISTRICT RE-1J, AND DOROTHY MARLATT,

Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**
_____

The Court having reviewed the Unopposed Motion to Withdraw filed by Christopher E. Gdowski and being fully advised in the premises,

HEREBY ORDERS that the motion is GRANTED. Mr. Gdowski shall be withdrawn as counsel of record in this proceeding and removed from future notices and certificates of mailing in this case.

SO ORDERED this  17th  day of May, 2006.

BY THE COURT:

s/John L. Kane
John L. Kane, U.S. District Court Judge