IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-01481-JLK**

**JODY BRAMMER-HOELTER,**
**LAURA KILDUFF,**
**MELISSA PERRY,**
**AMY SULZBACH,**
**SHELLEY CREWS, and**
**BONNIE GOULD,**

    Plaintiffs,

v.

**TWIN PEAKS CHARTER ACADEMY,**
**ST. VRAIN VALLEY SCHOOL DISTRICT RE-1J, and**
**DOROTHY MARLATT**

    Defendants.

---

Civil Action No. **99-cv-02462-JLK**

**DAWN DILLON,**

    Plaintiff,

v.

**TWIN PEAKS CHARTER ACADEMY and**
**ST. VRAIN VALLEY SCHOOL DISTRICT RE-1J,**

    Defendants.

---

## MINUTE ORDER ADDRESSING MOTIONS
## TO STRIKE/FOR LEAVE IN BOTH 99-1481 AND 99-2462

Judge John L. Kane **ORDERS**

    Defendants' Motions to Strike Exhibits . . . and for Leave to File Supplemental Reply Briefs in Support of Defendants' Motions for Summary Judgment (Doc. 101, in

99-1481 and **Doc. 62 in 99-2462**) are DENIED in part and GRANTED in part.  Because Defendants do not suggest the exhibits they seek to strike were unknown to them or not obtained during the course of discovery, the request to strike them is DENIED.  The request for leave to file supplemental reply briefs, however, is GRANTED.

Defendants each shall have to December 4, 2007, in which to file a supplemental reply brief in support of its Motion for Summary Judgment, which brief shall not exceed ten pages in length.  The briefs should be limited to legal argument only, however, Defendants may comment upon any of the exhibits to which their Motion to Strike was directed.

Defendants' resubmitted Motion to Strike in 99-1481 (Doc. 63) is DENIED as MOOT.

Dated:  November 26, 2007