IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: May 9, 2008                       Courtroom Deputy: Valeri P. Barnes
                                                   Court Reporter: Darlene Martinez

_____

Civil Action No. 99-cv-01481-JLK

| | |
|---|---|
| JODY BRAMMER-HOELTER, | John Olsen |
| LAURA KILDUFF, | Diane Brown |
| MELISSA PERRY, | |
| AMY SULZBACH, | |
| SHELLEY CREWS, and | |
| BONNIE GOULD, | |

     Plaintiffs,

v.

| | |
|---|---|
| TWIN PEAKS CHARTER ACADEMY, | Patrick Mooney |
| ST. VRAIN VALLEY SCHOOL DISTRICT RE-1J, and | Holly Ortiz |
| DOROTHY MARLATT, | |

     Defendants.

_____

Civil Action No. 99-cv-02462-JLK

| | |
|---|---|
| DAWN DILLON, | John Olsen |
| | Diane Brown |

     Plaintiff,

v.

| | |
|---|---|
| TWIN PEAKS CHARTER ACADEMY, and | Patrick Mooney |
| ST. VRAIN VALLEY SCHOOL DISTRICT RE-1J, | Holly Ortiz |

     Defendants.

___

## COURTROOM MINUTES
___

**HEARING: Motion**

**9:32 a.m.**     **Court in session.**

**<u>MOTIONS IN CASE NUMBER 99-cv-01481-JLK:</u>**

**ORDERED:**    Supplemental Brief in Support of Motion for Summary Judgment of St. Vrain Valley School District RE-1J **(90)** is **taken under advisement.**

**ORDERED:**    Supplemental Brief in Support of Motion for Summary Judgment of Twin Peaks Charter Academy **(91)** is **taken under advisement.**

**ORDERED:**    Supplemental Brief in Support of Motion for Summary Judgment of Dorothy Marlatt **(92)** is **taken under advisement.**

**<u>MOTIONS IN CASE NUMBER 99-cv-02462-JLK:</u>**

**ORDERED:**    Supplemental Brief in Support of Motion for Summary Judgment of Defendant Twin Peaks Charter Academy **(56)** is **taken under advisement.**

**ORDERED:**    Supplemental Brief in Support of Motion for Summary Judgment of Defendant St. Vrain Valley School District Re-1J **(57)** is **taken under advisement.**

**11:02 a.m.**    **Court in recess/hearing concluded.**

Total in-court time: 1:30