IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. **99-cv-1481-JLK**

**JODY BRAMMER-HOELTER, LAURA KILDUFF,
MELISSA PERRY, AMY SULZBACH,
SHELLEY CREWS,** and **BONNIE GOULD**

      Plaintiffs,

v.

**TWIN PEAKS CHARTER ACADEMY** and
**DOROTHY MARLATT**

      Defendants.

## ORDER

This matter is currently before me on Plaintiff Melissa Perry's Unopposed Motion to Dismiss Her from the Case (doc. 134). I have reviewed the motion, and I find good cause appearing. Accordingly, the motion is GRANTED and it is ORDERED that Melissa Perry is dismissed from the case, each side to pay its own legal fees costs.

Dated: October 3, 2011                                    BY THE COURT:

                                                                             **/s/ John L. Kane**
                                                                             Senior U.S. District Judge